**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

      *Plaintiff*,

    v.

DEPARTMENT OF ENERGY, *et al.*,

      *Defendants*.

Civil Action No. 25 - 3496 (LLA)

## ORDER

Plaintiff filed this Freedom of Information Act ("FOIA") action on September 30, 2025.

ECF No. 1.  Defendants filed an answer on January 21, 2026.  ECF No. 11.  Cases filed under

FOIA are exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil

Rule 16.3.  *See* Local Civ. R. 16.3(b)(10) ("The requirements of this Rule and of Fed. R. Civ.

P. 16(b) and 26(f)[] shall not apply in . . . FOIA actions.").

Accordingly, the court hereby orders the parties to meet and confer and file a Joint Status

Report on or before **February 24, 2026**.  The Joint Status Report shall address (1) the status of

Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA

request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether

a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547

F.2d 605 (D.C. Cir. 1976); (5) whether a *Vaughn* index will be required in this case; (6) whether

and when either party anticipates filing a dispositive motion; and (7) any other pertinent issues.

Parties are to communicate with the court by motion, opposition, reply, or notice, but not

by letter or phone call.  Inquiries concerning the status or scheduling of pending matters shall be

directed to the Courtroom Deputy Clerk, Ms. Margaret Pham (Margaret_Pham@dcd.uscourts.gov), rather than to chambers.  If Ms. Pham is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office who has been designated as her substitute.  Chambers personnel will not handle questions relating to the status or scheduling of pending matters, nor will chambers staff provide legal advice of any kind.  In an emergency, however, chambers can be contacted at (202) 354-3500.

The court will grant continuances, extensions, or enlargements of time only upon the filing of a motion.  Motions for continuance of a court date must be filed at least three days before the hearing and must include at least two alternative dates that have been agreed to by the parties. Requests that do not include alternative dates acceptable to all parties will be denied.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   January 27, 2026

2