UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Government Accountability & Oversight,<br>Plaintiff,<br>v.<br>U.S. Department of Energy, et. al.,<br>Defendants. | Civil Action No. 25-3496 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 26, 2026, Minute Order, Defendants Department of Energy ("Energy") and the Environmental Protection Agency ("EPA") and Plaintiff Government Accountability & Oversight (collectively, "the Parties") conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case:

On March 10, 2025, Plaintiff submitted a FOIA request to Energy's National Energy Technology Laboratories ("NETL") office seeking certain described correspondence sent by NETL to EPA. ECF No. 1 at 3. On March 11, 2025, Plaintiff submitted a FOIA request to Energy seeking certain described correspondence sent by Energy to EPA. *Id.* at 4.

Energy's position is that its searches are now complete and that it has identified approximately 57 responsive documents totaling approximately 8,210 pages for Plaintiff's FOIA requests. Energy made its first partial production on April 10, 2026, its second partial production on May 13, 2026, its third partial production on June 11, 2026, a fourth on July 10, 2026, and the fifth and final partial production on August 10, 2026.

Plaintiff has identified a limited dispute concerning Energy's Exemption 5 redactions on page 10 of the April 10 production, page 1 of the May 13 production, pages 1–4 of its June 11,

2026, production and pages 3–9 of its August 10, 2026, production. The parties are conferring to determine whether the dispute can be resolved without briefing. If it cannot, the parties will propose a briefing schedule in their next joint status report.

On June 6, 2025, Plaintiff submitted a FOIA request to EPA seeking certain described records received by EPA from Energy. ECF No. 1 at 3. On June 25, 2025, EPA responded to Plaintiff's FOIA request and indicated that the request should be made to Energy. EPA issued an administrative appeal determination on September 17, 2025, affirming the response and confirming that EPA had conducted a search but located no responsive records. Accordingly, EPA's position is that it has no responsive records and that its response to Plaintiff's FOIA request is complete.

On August 11, 2026, EPA provided Plaintiff with a description of EPA's search for responsive records with the goal of facilitating resolution of the EPA claims without briefing.

The parties respectfully propose that they be ordered to file a further Joint Status Report on or before October 23, 2026, at which point the parties will propose a schedule for further briefing if necessary.

Dated: August 24, 2026

Respectfully submitted,

/s/ Matthew D. Hardin
MATTHEW D. HARDIN
D.C. Bar #1032711
101 Rainbow Drive #11506
Livingston, TX 77399
(202) 802-1948

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Kaitlin K. Eckrote
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485

*Counsel for the United States of America*